No. 12. ANDERSON, RECEIVER, *v.* ATHERTON, ADMINIS-TRATOR. Certiorari, 300 U. S. 652, to the Circuit Court of Appeals for the Sixth Circuit. Argued October 15, 1937. Decided October 18, 1937. *Per Curiam:* The Court is of the opinion that the Circuit Court of Appeals was in error in ruling that, in the absence of a cross appeal, the question whether common law liability for negligence would support the decree was not before the court for review. *United States* v. *American Express Co.,* 265 U. S. 425, 435, 436; *Langnes* v. *Green,* 282 U. S. 531, 538, 539; *Public Service Commission* v. *Havemeyer,* 296 U. S. 506, 509; *United States* v. *Curtiss-Wright Corp.,* 299 U. S. 304, 330; *Morley Construction Co.* v. *Maryland Casualty Co.,* 300 U. S. 185, 191. The decree of the Circuit Court of Appeals is reversed and the cause is remanded to that court for the determination of that question. *Messrs. George P. Barse* and *Eugene P. Locke,* with whom *Messrs. E. B. Stroud, Maurice E. Purnell, Arthur Peter,* and *John G. Heyburn* were on the brief, for petitioner. *Mr. John C. Doolan,* with whom *Messrs. Newton D. Baker, Howard F. Burns, William W. Crawford, Allen P. Dodd, Churchill Humphrey, T. Kennedy Helm, Graddy Cary, David R. Castleman, Charles G. Middleton, Huston Quin, Henry E. McElwain, Jr., Thomas A. Barker,* and *Henry J. Tilford* were on the brief, for respondents. *Messrs. T. Kennedy Helm, Edward A. Dodd,* and *Henry J. Tilford* were on a brief for respondents Dr. Oscar E. Block et al.